UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

JANE DOE, by her next friend Anthony E. )
Rothert, )
                                                 )
           Plaintiff, )
                                                 )
v. )    Case No. 2:19-cv-00025-CDP
                                                 )    **Currently a Sealed Matter**
MICHELLE CHAPMAN, in her official )
Capacity as Circuit Clerk for Randolph County, )
                                                 )
           Defendant. )

## **Temporary Restraining Order**

Plaintiff seeks limited temporary relief, has met the requirements of Fed. R. Civ. P. 65(b) for the issuance of a temporary restraining order without notice, and having considered each of the four *Dataphase* factors, the Court finds that they weigh strongly in her favor. Plaintiff faces a real, substantial threat of irreparable harm in the absence of the temporary relief she seeks, including the loss of the anonymity she is constitutionally entitled to and the withdrawal of the financial and emotional support of her parents.

WHEREFORE, IT IS HEREBY ORDERED that:

A. Defendant Michelle Chapman, in her official capacity as Circuit Clerk for Randolph County, Missouri, along with her agents, employees, and anyone acting in concert therewith, shall not reveal Plaintiff's name or identifying information or characteristics to anyone other than this Court;

B. Defendant Michelle Chapman, in her official capacity as Circuit Clerk for Randolph County, Missouri, along with her agents, employees, and anyone acting in concert therewith, shall not provide the portion of any record that contains Plaintiff's name or any of her identifying information to anyone other than this Court, including if requested via a public-records request;

C. Defendant Michelle Chapman, in her official capacity as Circuit Clerk for Randolph County, Missouri, shall, upon service of this Order, (1) share the contents of this Order to all agents, employees, or other persons acting in concert with her who may be privy to any information about Plaintiff; and (2) command such persons to comply with this Order;

D. This Order becomes effective upon Plaintiff's posting of a $100 security bond with the Clerk of Court and remains in effect until 14 days following the date and time given below, unless it is dissolved or extended by further order of this Court.

_____  
Catherine D. Perry  
United States District Judge

June 18, 2019   5:30 p.m.  
Date and Hour