RECEIVED
JUN 19 2019
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____, )
　　　　　Plaintiff (s), )
　　　　　　　　　　　　 )
v. ) Case No. 2:19-cv-00025
　　　　　　　　　　　　 )
Michelle Chapman )
_____, )
　　　　　Defendant(s). )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Comes now _Plaintiff_____ and notifies the court of the intent to use
　　　　(Plaintiff or Defendant)

Tom Skinner & Associates
_____
(name and address of process server)

29669 Jackpot Street
_____

Excello, Missouri 65247
_____

To serve: Michelle Chapman in her offical capacity

_____in the

(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

06/19/2019
_____        _____
　　(date)                   (attorney for Plaintiff)

　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　 (attorney for Defendant)