RECEIVED

JUL - 1 2019

U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

| | |
|---|---|
| JANE DOE, by her next friend Anthony E. Rothert, ) ) ) Plaintiff, ) ) v. ) ) MICHELLE CHAPMAN, in her official capacity as Circuit Clerk for Randolph County, ) ) ) ) ) Defendant. ) | Case No. 2:19-cv-00025-CDP **Currently a Sealed Matter** |

## ENTRY OF APPEARANCE

COMES NOW Justin D. Smith, Deputy Attorney General for Special Litigation, and enters his appearance on behalf of Defendant, Michelle Chapman, in her official capacity as Circuit Clerk for Randolph County.

Dated: July 1, 2019

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/ *Justin D. Smith*
Justin D. Smith, #63253
  Deputy Attorney General for Special
  Litigation
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Email: Justin.Smith@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2019, a true and correct copy of the foregoing was hand delivered to the Clerk of the Court.

> */s/ Justin D. Smith*
> Justin D. Smith