RECEIVED

JUL - 8 2019

U.S. District Court
Eastern District of MO

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| JANE DOE, by her next friend<br>Anthony E. Rothert,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHELLE CHAPMAN, in her official<br>Capacity as Circuit Clerk of Randolph<br>County, Missouri,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 2:19-cv-25 CDP<br>)   **Currently a Sealed Matter** |

### Joint Motion for Protective Order

Pursuant to Fed. R. Civ. P. 26(c), the parties jointly request that the Court enter their proposed protective order. In support, they state:

1. This action was filed on March 25, 2019, and has been sealed temporarily.

2. Plaintiff moved for leave to proceed under a pseudonym in this action, which leave was granted by the Court.

3. The Court issued a temporary restraining order on June 18, 2019, prohibiting Defendant from disclosing Plaintiff's name or her identifying characteristics to anyone other than the Court and finding that without that prohibition, Plaintiff would face a "real, substantial threat of irreparable harm . . . including the loss of the anonymity she is constitutionally entitled to and the withdrawal of the financial and emotional support of her parents."

4. That order, which was extended for one week, will expire on July 9, 2019, unless extended by the Court. *See* Fed. R. Civ. P. 65(b)(2).

1

5. Upon the expiration of that order, and in accordance with Fed. R. Civ. P. 26(c)(1), good cause will exist to forbid the disclosure of Plaintiff's identity in order to protect her from embarrassment and oppression. Without a protective order, Plaintiff faces a substantial threat of her identity being revealed, which among other things is substantially likely to cause her financial and emotional harm and to prevent her from being able to prosecute this action.

6. The parties have conferred in good faith to reach this agreed-upon proposed protective order. *See id.*

WHEREFORE, the parties jointly and respectfully request that the Court enter their proposed protective order, attached hereto as Exhibit A.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
American Civil Liberties Union
of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@aclu-mo.org

2