RECEIVED
JUL 16 2019
U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, by her next friend Anthony E. Rothert, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:19-cv-00025-CDP<br>**Currently a Sealed Matter** |
| MICHELLE CHAPMAN, in her official capacity as Circuit Clerk for Randolph County, | ) ) ) ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Chapman and moves for an extension of time to file an answer or responsive pleading on or before July 19, 2019. Counsel for Plaintiff has consented to this extension.

Dated: July 16, 2019

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/ *Justin D. Smith*
Justin D. Smith, #63253
   Deputy Attorney General for Special
   Litigation
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Email: Justin.Smith@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court by hand-delivery and sent by U.S. mail to Plaintiff's counsel of record.

/s/ *Justin D. Smith*
Justin D. Smith