**RECEIVED**

AUG − **9** 2019

U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, by her next friend | ) | |
| Anthony E. Rothert, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-00025-CDP |
| | ) | **Currently a Sealed Matter** |
| MICHELLE CHAPMAN, in her | ) | |
| official capacity as Circuit Clerk | ) | |
| for Randolph County, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Chapman and moves for an extension of time to file an opposition to Plaintiff's Motion for Judgment on the Pleadings on or before September 13, 2019. In support, Defendant Chapman states:

1.    Plaintiff filed a Motion for Judgment on the Pleadings and Memorandum in Support on August 1, 2019. Because this is a sealed matter, Plaintiff mailed a service copy to counsel for Defendant.

2.    Counsel for Defendant had business meetings out of the office on August 5, 2019.

3.    Counsel for Defendant received the Motion for Judgment on the Pleadings and Memorandum in Support on August 6, 2019.

4.    Given the issues raised by Plaintiff's Motion for Judgment on the Pleadings and Memorandum in Support and counsel for Defendant's other

commitments, counsel for Defendant asked counsel for Plaintiff for an extension of time to file Defendant's opposition to Plaintiff's Motion.

5.    Plaintiff has consented to Defendant's request to extend Defendant's time to respond until September 13, 2019.

WHEREFORE, Defendant Chapman moves this Court for an extension of time to file an opposition to Plaintiff's Motion for Judgment on the Pleadings on or before September 13, 2019.

Dated: August 9, 2019                    Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Justin D. Smith*
Justin D. Smith, #63253
  Deputy Attorney General for Special
  Litigation
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Email: Justin.Smith@ago.mo.gov

2

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 9th day of August, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court by hand-delivery and sent by U.S. mail to Plaintiff's counsel of record.

*/s/ Justin D. Smith*

Justin D. Smith