**IN THE UNITED STATES DISTRICT COURT
EASTERM DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| JANE DOE,              . | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-00025-CDP |
| | ) | |
| MICHELLE CHAPMAN, in her official | ) | |
| Capacity as Circuit Clerk for Randolph County, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO DEFER ADR REFERRAL

The parties respectfully request this Court defer the current ADR referral until July 1, 2020. In support, they state:

1. On August 22, 2019, this Court entered an order referring this matter to alternative dispute resolution effective November 15, 2019. ECF No. 30. The current schedule requires mediation to be completed before January 15, 2020. *Id*.

2. The parties have conferred and believe that mediation would not be fruitful now but would be useful later in the case after dispositive motions.

3. The parties believe a referral to ADR on July 6, 2020 would be beneficial to efforts to resolve this matter or portions thereof.

WHEREFORE the parties request this Court vacate the order referring case to alternative dispute resolution, ECF No. 30, and referring this matter for mediation effective July 6, 2020.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
906 Olive Street, #1130
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
406 West 34th Street, # 420
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFF**

**ERIC S. SCHMITT**
Attorney General

/s/ *Justin D. Smith*
Justin D. Smith, #63253MO
  Deputy Attorney General for Special
  Litigation
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0304
Fax: (573) 751-0774
Email: Justin.Smith@ago.mo.gov

**ATTORNEY FOR DEFENDANT**