UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, by her next friend Anthony E. Rothert, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:19 CV 25 CDP |
| MICHELLE CHAPMAN, in her official Capacity as Circuit Clerk for Randolph County, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the telephone conference previously set for June 29, 2022 is continued and reset to **Tuesday, July 19, 2022 at 2:00 p.m.**  The Court will initiate the conference.  Counsel should dial **888-684-8852** then when prompted enter access code: **4362059.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2022.