U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE, by next Friend Anthony E. Rothert, | ) ) ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. 2:19-cv-25 CDP ) |
| MICHELLE CHAPMAN, in her official capacity as Circuit Clerk for Randolph County, | ) ) ) ) ) ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

COMES NOW Jeff P. Johnson, Deputy Solicitor General, and hereby enters his appearance on behalf of Defendant Michelle Chapman in her official capacity as Circuit Clerk for Randolph County and on behalf of Movant Judge James Cooksey.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Jeff P. Johnson*
Jeff P. Johnson, DC#1029291
Deputy Solicitor General
815 Olive Street, Suite 200
St. Louis, Missouri 63101
(314) 340-7366 Telephone
(573) 751-0774 Facsimile
Email: Jeff.Johnson@ago.mo.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2022, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

<u>*/s/ Jeff P. Johnson*</u>