UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JANE DOE, by her next friend<br>Anthony E. Rothert,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE CHAPMAN,<br>in her official Capacity as<br>Circuit Clerk for Randolph County,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:19 CV 25 CDP<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is set for a **telephone conference** on **Tuesday, August 9, 2022 at 2:00 p.m. to discuss a trial date**.   The Court will initiate the conference.   Counsel should dial **888-684-8852** then when prompted enter access code: **4362059.**

**IT IS FURTHER ORDERED** that the stay of this case is continued pending further Order of the Court.

                _____
                CATHERINE D. PERRY
                UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2022.