# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:19-CV-25-CDP |
| | ) |
| MICHELLE CHAPMAN, | ) |
| | ) |
| Defendant. | ) |

# NOTICE

At the last status conference, the Court inquired about the status of the appeal and sought clarification on whether the Defendant would appeal. In light of that discussion, Defendant informs the Court that she plans to seek certiorari before the Supreme Court of the United States.

Respectfully submitted,

**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

 /s/ *Jeff P. Johnson*
Jeff P. Johnson, #73249
  *Deputy Solicitor General*

Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO  65102
Tel. (314) 340-7366
Fax (573) 751-0774
jeff.johnson@ago.mo.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

 I certify that on August 8, 2022, the foregoing was filed and served through the Court's CM/ECF system upon all counsel of record.

           /s/ *Jeff P. Johnson*
           Jeff P. Johnson
           *Counsel for Defendant*