UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:19 CV 25 CDP |
| | ) | |
| MICHELLE CHAPMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER OF CONTINUED STAY

As discussed with counsel during today's status conference, in light of defendant's stated intention to seek certiorari [141],

**IT IS HEREBY ORDERED** that **all proceedings in this case remain stayed pending disposition of defendant's petition for writ of certiorari to the United States Supreme Court.**

**IT IS FURTHER ORDERED** that the parties shall file a joint status memorandum with the Court within seven (7) days of the Supreme Court's ruling on defendant's petition.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2022.