# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| JANE DOE, by her next friend Anthony E. Rothert, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:19-cv-25 CDP ) |
| MICHELLE CHAPMAN, individually and in her official Capacity as Circuit Clerk of Randolph County, Missouri, | ) ) ) ) |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their respective counsel of record, hereby stipulate that all of Plaintiff's claims against Defendant and this action are dismissed. Plaintiff will not object to vacatur of the judgment on appeal pursuant to *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
Fax:    314-652-3112
jsteffan@aclu-mo.org

**Attorneys for Plaintiff**

**ERIC S. SCHMITT**

*/ Jeff P. Johnson*

Jeff P. Johnson, DC #1029291
 *Deputy Solicitor General*
Justin D. Smith, MO #63253
 *First Assistant Attorney General*
OFFICE OF THE MISSOURI
 ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102
(314) 340-7366
Jeff.johnson @ago.mo.gov
Attorneys for Defendant